Samuel E. Rosen, Also Known as Elly Rosen, Respondent, 
against
Mark A. Lowe, Appellant, Ilsa B. Lowe, Defendant.




Mark A. Lowe, appellant pro se.
Samuel E. Rosen, a/k/a Elly Rosen, respondent pro se.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa Kennedy, J.), entered May 8, 2018. The order denied a motion by defendant Mark A. Lowe for summary judgment dismissing the action.




ORDERED that the appeal is dismissed.
In this small claims action to recover the principal sum of $4,091.32 for services rendered, Mark A. Lowe (defendant) appeals from an order of the Civil Court which denied his motion for summary judgment dismissing the action.
The denial of a motion for summary judgment in a small claims action does not constitute a denial of substantial justice within the meaning of CCA 1807, since the only effect of the order is to require the parties to proceed to trial (see Shaw v Okenwa, 36 Misc 3d 154[A], 2012 NY Slip Op 51720[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]; Sporten v Davis, 31 Misc 3d 151[A], 2011 NY Slip Op 51122[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2011]; Feinstein v Lagios, 12 Misc 3d 128[A], 2006 NY Slip Op 50917[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2006]). Consequently, no appeal lies from the order denying defendant's motion.
Accordingly, the appeal is dismissed.
PESCE, P.J., WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 25, 2019